UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TIME WARNER CABLE PARTNERS d/b/a,
STATEN ISLAND CABLE,

                Plaintiff,

- against -

FRANK VOTO,

                Defendant.
----------------------------------------------------------X

94 Civ. 1750 (SJ)(RLM)

**FILED**
IN CLERK'S OFFICE
JUDGMENT U.S. DISTRICT COURT E.D.N.Y.
★ APR 13 2006 ★

P.M. _____
TIME A.M. _____

    An Order of the Honorable Sterling Johnson, United States District Judge, having been executed on January 2, 1996; with no objections having been filed; adopting the March 27, 1995, Report and Recommendation of the Honorable Roanne L. Mann, United States Magistrate Judge, entering Judgment against defendant Frank Voto in the amount of $3,120.00, comprised of $1,500.00 in statutory damages pursuant to 47 U.S.C. § 553(c)(3)(A)(ii), and $1,620.00 in attorneys' fees and costs pursuant to 47 U.S.C. § 553(c)(2)(C); it is hereby

    ORDERED and ADJUDGED that the March 27, 1995, Report and Recommendation of the Honorable Roanne L. Mann, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable Partners d/b/a Staten Island Cable, against defendant Frank Voto in the amount of $3,120.00 comprised of $1,500.00 in statutory damages pursuant to 47 U.S.C. § 553(c)(3)(A)(ii), and $1,620.00 in attorneys' fees and costs pursuant to 47 U.S.C. § 553(c)(2)(C).

Dated: Brooklyn, New York

      April 12, 2006

                                  s/RCH
                        _____
                        **Robert C. Heinemann**
                        **Clerk of the Court**